**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BPI SPORTS, LLC, a Florida limited liability company, | CASE NO. 2:14-cv-04723-CBM(PLAx) |
| Plaintiff, | Hon. Consuelo B. Marshall<br>Courtroom 2 |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE [JS-6]** |
| PHD FITNESS LLC, a California limited liability company d/b/a JYM SUPPLEMENT SCIENCE, JAMES STOPPANI a/k/a JIM STOPPANI, individually, MICHAEL MCERLANE a/k/a MIKE MCERLANE, and BOWLEG MEDIA, LLC, a California limited liability company, | |
| Defendants. | |

    The Court, having received a Stipulation of Dismissal Without Prejudice, and good cause appearing therefor, ORDERS that this case is dismissed in its entirety without prejudice.

Dated:  July 17, 2014

_____
Honorable Consuelo B. Marshall
United States District Judge

1

8311672-v1